# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1102

_____

United States of America

*Plaintiff - Appellee*

v.

Orlando Straw

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: April 17, 2013
Filed: April 22, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After Orlando Straw admitted violating his release conditions, the district court[1] revoked his supervised release and sentenced him to 9 months in prison with

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

no supervision to follow. Straw appeals, arguing that his sentence is unreasonable and that the court improperly weighed the sentencing factors. We disagree. The record shows that the district court properly considered the relevant sentencing factors before imposing a revocation sentence that was authorized by statute and within the applicable Guidelines range. See 18 U.S.C. §§ 3553(a), 3583(e)(3); United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range); United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (court need not list every § 3553(a) factor when sentencing defendant upon revocation of supervised release).

Accordingly, we affirm the judgment of the district court. We also grant counsel leave to withdraw, subject to counsel informing Shaw about procedures for seeking rehearing or filing a petition for certiorari.

_____